# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0101. TAMEL EDMOND v. DREW ALLEN REAL ESTATE ET AL.

Tamel Edmond, the tenant in this dispossessory proceeding, sought superior court review of a judgment issued by the magistrate court. On August 4, 2025, the superior court issued an order dismissing Edmond's petition for review. Edmond filed a direct appeal, which this Court dismissed for failure to follow the required discretionary appeal procedures. See Case No. A26A0207 (September 19, 2025). On September 22, 2025, Edmond filed this application for discretionary review. The respondent has filed a motion to dismiss the application, arguing that this Court lacks jurisdiction because the application is untimely. We agree.

Under OCGA § 44-7-56 (b) (1), appeals and applications for discretionary review in dispossessory actions must be filed within seven days of the date the order was entered. *Stubbs v. Local Homes*, 375 Ga. App. 513, 514-516 (915 SE2d 91) (2025). Edmond's application is untimely, as it was filed 49 days after entry of the superior court order Edmond seeks to appeal.

The respondent's motion to dismiss is GRANTED, and this application is hereby DISMISSED for lack of jurisdiction. Edmond's pending motions to stay and

for contempt, and the respondent's pending motion for payment of rent, are therefore **DENIED AS MOOT**.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*   10/22/2025

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*